UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CRUDE OIL COMMODITY FUTURES LITIGATION | Master File No. 11-cv-3600 |
| | **ECF Case** |
| | Hon. Katherine B. Forrest |

## PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law; the Declaration of Warren T. Burns and the accompanying exhibits; the Stipulation and Agreement of Settlement ("Settlement"); and the record in this case, Plaintiffs, by and through undersigned counsel, will respectfully move this Court, before the Honorable Katherine B. Forrest, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on October 9, 11:00 a.m., for a finding that the Settlement is fair, reasonable, and adequate such that final approval and the entry of the [Proposed] Final Order and Judgment, attached, is warranted.

Dated: September 9, 2015

| | |
|---|---|
| **BURNS CHAREST LLP** | **LOVELL STEWART HALEBIAN JACOBSON LLP** |
| /s/ Warren T. Burns | |
| By: Warren T. Burns, Esq. | /s/ Christopher Lovell |
| 500 North Akard | By: Christopher Lovell, Esq. |
| Suite 2810 | Ian T. Stoll, Esq. |
| Dallas, Texas 75201 | 61 Broadway, Suite 501 |
| Tel: (469) 904-4550 | New York, New York 10006 |
| FAX: (469) 444-5002 | 212-608-1900 |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Petition was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record on this 9th day of September, 2015.

*/s/ Warren T. Burns*
Warren T. Burns